UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Jacquelyn M. Hughes,<br><br>Plaintiff,<br><br>vs.<br><br>Mid-Century Insurance Company,<br><br>Defendant. | Case No. CV-25-27-BLGS-WWM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Mid-Century's Motion to Dismiss is GRANTED as to all counts.

Dated this 1st day of October, 2026.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Deputy Clerk